FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLIE H.,<br><br>     Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | NO:  1:24-CV-3151-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

  BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 16).  The parties have agreed that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

 1.  The Parties' Stipulated Motion for Remand (ECF No. 16) is **GRANTED**.

 2.  Based on the stipulation of the parties, it is ORDERED that the

   Commissioner's decision in regard to Plaintiff's applications for disability

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for another hearing, pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will to reevaluate the medical opinions and prior administrative medical findings; as warranted, reevaluate the claimant's maximum residual functional capacity; analyze all the claimant's impairments together, including her history of substance abuse, to determine first if she is disabled, and then, if so, if her substance abuse was material to that finding; to take any further action needed to complete the administrative record; and to issue a new decision.

3. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

4. All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** May 15, 2025.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2